UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


Ryan Carey et al.,                                          Civil No. 07-3191 (PAM/RLE)

Plaintiffs,

v.                                                                              **ORDER**

Eli Lilly and Company,

Defendant.

On July 30, 2007, Plaintiff Stephen Holdorf filed a Notice voluntarily dismissing

without prejudice all claims against Defendant Eli Lilly and Company (Docket No. 2).

Because Defendant has neither served an answer nor filed a motion for summary judgment

and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), **IT IS HEREBY ORDERED**

that:

1.      The claims asserted by Plaintiff Stephen Holdorf are **DISMISSED without**

**prejudice**; and

2.      Each party shall bear its own attorneys' fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: August 1, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge